# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Danuta Koltas | § | Case No. 16-13036 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/17/2016 . The undersigned trustee was appointed on 04/17/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $     8,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 40.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 7,960.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 12/16/2016 and the deadline for filing governmental claims was 12/16/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,550.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,550.00 , for a total compensation of $ 1,550.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 17.00 , for total expenses of $ 17.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/09/2017                    By:/s/Zane L. Zielinski, Trustee
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-13036 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Danuta Koltas | | | | Date Filed (f) or Converted (c): | 04/17/2016 (f) |
| | | | | | 341(a) Meeting Date: | 05/16/2016 |
| For Period Ending: | 08/09/2017 | | | | Claims Bar Date: | 12/16/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 618 Cochise Drive Bolingbrook Il 60440-0000 Will | 203,051.00 | 0.00 | | 0.00 | FA |
| 2. 2005 Mitsubishi Endeavor Mileage: 180,000 2005 Mitsubishi En | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. 2002 Dodge Ram Mileage: 150.000 | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Misc. Clothing | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. 3 Dogs | 500.00 | 0.00 | | 0.00 | FA |
| 6. Savings Account With Pnc Bank | 46.00 | 0.00 | | 0.00 | FA |
| 7. Tcf Bank - Business Account | 5,101.17 | 0.00 | | 0.00 | FA |
| 8. Savings Account At Polish & Slavic Credit Union | 180.27 | 0.00 | | 0.00 | FA |
| 9. Tcf Bank - Business Account | 188.99 | 0.00 | | 0.00 | FA |
| 10. Dk Maintenance Service, Inc. | 0.00 | 8,000.00 | | 8,000.00 | FA |
| 11. Individual Retirement Account At Polish And Slavic Credit Un | 10,223.85 | 0.00 | | 0.00 | FA |
| 12. Misc. Household Goods And Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 13. Pacific Life Insurance | 1,573.31 | 0.00 | | 0.00 | FA |
| 14. Cleaning Equipment | 5,000.00 | 0.00 | | 0.00 | FA |
| 15. PNC Bank (Frozen Account from Judgment Lien) (u) | 836.63 | 0.00 | | 0.00 | FA |
| 16. Foresters (LIfe Insurance Policy) (u) | 3,448.24 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $236,649.46        $8,000.00        $8,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

The Trustee is investigating the Debtor's business.

| RE PROP # | 14 | -- | The Trustee considered this asset to be settled wtih the Debtor's settlement of her interest in the cleaning company |

Initial Projected Date of Final Report (TFR): 03/31/2017       Current Projected Date of Final Report (TFR): 03/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 16-13036
Case Name: Danuta Koltas

Trustee Name: Zane L. Zielinski, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1577
Checking

Taxpayer ID No: XX-XXX8605
For Period Ending: 08/09/2017

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/01/17 | 10 | Danuta Koltas<br>TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527-6486 | Settlement Payment 1 of 5 | 1129-000 | $2,000.00 | | $2,000.00 |
| 02/28/17 | 10 | Danuta Koltas<br>TCF National Bank Check | Settlement Payment 2 of 5 | 1129-000 | $2,000.00 | | $4,000.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,990.00 |
| 04/03/17 | 10 | Danuta Koltas - Officail Check<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527-6486 | Settlement Payment 3 of 5 | 1129-000 | $1,000.00 | | $4,990.00 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,980.00 |
| 05/01/17 | 10 | Official Check<br>TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527 | Settlement Payment 4 of 5 | 1129-000 | $1,500.00 | | $6,480.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,470.00 |
| 06/05/17 | 10 | Koltas<br>TCF National Bank Official Check | Settlement Payment 5 OF 5 | 1129-000 | $1,500.00 | | $7,970.00 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,960.00 |

|  |  |
|---|---|
| COLUMN TOTALS | $8,000.00 | $40.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,000.00 | $40.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,000.00 | $40.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $8,000.00  $40.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1577 - Checking | $8,000.00 | $40.00 | $7,960.00 |
|  | $8,000.00 | $40.00 | $7,960.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,000.00 |
| Total Gross Receipts: | $8,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-13036  
Debtor Name: Danuta Koltas  
Claims Bar Date: 12/16/2016  

Date: August 9, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $1,550.00 | $1,550.00 |
| 100 2200 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $17.00 | $17.00 |
| 1 300 7100 | Midland Credit Management, Inc.<br>As Agent For<br>Asset Acceptance Llc<br>Po Box 2036<br>Warren Mi 48090 | Unsecured | | $6,453.79 | $7,522.84 | $7,522.84 |
| 2 300 7100 | Pnc Bank N.A.<br>Po Box 94982<br>Cleveland, Ohio 44101 | Unsecured | This claim was withdrawn on December 16, 2016. | $0.00 | $0.00 | $0.00 |
| 3 300 7100 | Portfolio Recovery Associates, Llc<br>Successor To Ge Capital Retail Bank<br>(Wal-Mart)<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $1,000.00 | $1,064.62 | $1,064.62 |
| | Case Totals | | | $7,453.79 | $10,154.46 | $10,154.46 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-13036
Case Name: Danuta Koltas
Trustee Name: Zane L. Zielinski, Trustee

Balance on hand $ 7,960.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 17.00 | $ 0.00 | $ 17.00 |

Total to be paid for chapter 7 administrative expenses $ 1,567.00

Remaining Balance $ 6,393.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,587.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 74.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Midland Credit Management, Inc. As Agent For | $ 7,522.84 | $ 0.00 | $ 5,600.44 |
| 3 | Portfolio Recovery Associates, Llc | $ 1,064.62 | $ 0.00 | $ 792.56 |
| | Total to be paid to timely general unsecured creditors | | | $ 6,393.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE