# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Danuta Koltas,** | Bankruptcy No. 16-13036 |
| **Debtor**. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #26)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on August 10, 2017.

Dated: August 10, 2017

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Danuta Koltas,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d. 773-877-3191
f. 815-846-8516
e. trustee@zanezielinski.com

**Mailing Information for Case 16-13036**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Steven C Lindberg**    bankruptcy@fallaw.com
- **Christine R Piesiecki**    polskadwokat@aol.com


**VIA US Mail**
Midland Credit Management, Inc. As Agent For
Asset Acceptance Llc
Po Box 2036
Warren Mi 48090

**VIA US Mail**
Portfolio Recovery Associates, Llc
Successor To Ge Capital Retail Bank
(Wal-Mart)
Pob 41067
Norfolk Va 23541


**VIA US MAIL**
DANUTA KOLTAS
618 COCHISE DRIVE
BOLINGBROOK, IL 60440-0000