# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Danuta Koltas § Case No. 16-13036
§
Debtor §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 196,404.06                      Assets Exempt: 40,245.40
*(Without deducting any secured claims)*

Total Distributions to Claimants:  6,393.00       Claims Discharged
                                                  Without Payment:  278,568.04

Total Expenses of Administration:  1,607.00

---

    3) Total gross receipts of $ 8,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 207,689.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,607.00 | 1,607.00 | 1,607.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 76,138.37 | 8,587.46 | 8,587.46 | 6,393.00 |
| TOTAL DISBURSEMENTS | $ 283,827.37 | $ 10,194.46 | $ 10,194.46 | $ 8,000.00 |

4) This case was originally filed under chapter 7 on 04/17/2016 . The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/02/2017          By:/s/Zane L. Zielinski, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Dk Maintenance Service, Inc. | 1129-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, 475 CrossPoint Parkway Getzville, NY 14068-9000 | | 207,689.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 207,689.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,550.00 | 1,550.00 | 1,550.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 17.00 | 17.00 | 17.00 |
| Associated Bank | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,607.00 | $ 1,607.00 | $ 1,607.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adventist Bolingbrook Hospital, P.O. Box 1965 Southgate, MI 48195 | | 6,164.50 | NA | NA | 0.00 |
| | Bank of America, P.O. Box 1598 Norfolk, VA 23501 | | 5,658.64 | NA | NA | 0.00 |
| | Boling Medical, LLC, 899 S. South Weber Road Bolingbrook, IL 60490 | | 360.00 | NA | NA | 0.00 |
| | Bolingbrook Family Medicine, P.O. Box 7001 Bolingbrook, IL 60440 | | 25.00 | NA | NA | 0.00 |
| | Bolingbrook Hospital Cardiology, P.O. Box 7000 Bolingbrook, IL 60440 | | 32.25 | NA | NA | 0.00 |
| | Chase, P.O. Box 15153 Wilmington, DE 19886-5153 | | 4,265.00 | NA | NA | 0.00 |
| | CitiBank, P.O. Box 6500 Sioux Falls, SD 57117-6500 | | 12,643.46 | NA | NA | 0.00 |
| | Coverall, 2600 Warrenville Road, Suite 200 Downers Grove, IL 60515 | | 8,160.41 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DuPage Medical Group, 15921 Collections Center Drive Chicago, IL 60693 | | 38.53 | NA | NA | 0.00 |
| | Dupage Pathology Associates, S.C, 520 E. 22nd St Lombard, IL 60148 | | 529.00 | NA | NA | 0.00 |
| | Edward Health Ventures, 26185 Network Place Chicago, IL 60673 | | 342.00 | NA | NA | 0.00 |
| | Emergency Healthcare Phys, P.O. Box .366 Hinsdale, IL 60522 | | 720.00 | NA | NA | 0.00 |
| | Fulton Friedman & Gullace, LLP, P.O. Box 2123 Warren, MI 48090 | | 5,916.33 | NA | NA | 0.00 |
| | Home Depot Credit Service, Processing Center Des Moines, IA 50364-0500 | | 2,000.00 | NA | NA | 0.00 |
| | Kohl's, P.O. Box 2983 Milwaukee, WI 53201 | | 3,064.18 | NA | NA | 0.00 |
| | Midland Funding LLC, 8875 Aero Drive, Ste. 200 San Diego, CA 92123 | | 1,585.61 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mira Med Revenue Group LLC, 991 Oak Creek Dr Lombard, IL 60148 | | 112.00 | NA | NA | 0.00 |
| | Naperville Radiologists, 6910 W. Madison Street Willowbrook, IL 60527 | | 174.62 | NA | NA | 0.00 |
| | Nationwide Credit & Collection, Inc, 815 Commerce Drive, Suite 270 Oak Brook, IL 60523 | | 54.87 | NA | NA | 0.00 |
| | Northstar Location Services, LLC, 4285 Genesee St. Buffalo, NY 14225 | | 5,525.79 | NA | NA | 0.00 |
| | PNC Bank, 2730 Liberty Avenue Pittsburgh, PA 15222 | | 6,500.00 | NA | NA | 0.00 |
| | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100 Norfolk, VA 23502 | | 884.62 | NA | NA | 0.00 |
| | RJM Acquisitions LLC, 575 Underhill Blvd, Suite 224 Syosset, NY 11791 | | 36.65 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Suburban Pulmonary & Sleep Assoc., 700 E. Ogden Ave. Suite 202 Westmont, IL 60559 |  | 427.00 | NA | NA | 0.00 |
|  | United Collection Bureau, 5620 Southwyck Blvd., Suite 206 Toledo, OH 43614 |  | 445.37 | NA | NA | 0.00 |
|  | Village of Bolingbrook, P.O. Box 88850 Carol Stream, IL 60188 |  | 518.75 | NA | NA | 0.00 |
|  | WFNNB-Bankruptcy Dept., P.O. Box 182125 Columbus, OH 43218-2125 |  | 2,500.00 | NA | NA | 0.00 |
| 1 | Midland Credit Management, Inc. As Agent For | 7100-000 | 6,453.79 | 7,522.84 | 7,522.84 | 5,600.44 |
| 2 | Pnc Bank N.A. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 3 | Portfolio Recovery Associates, Llc | 7100-000 | 1,000.00 | 1,064.62 | 1,064.62 | 792.56 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 76,138.37 | $ 8,587.46 | $ 8,587.46 | $ 6,393.00 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-13036 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Danuta Koltas | | | | Date Filed (f) or Converted (c): | 04/17/2016 (f) |
| | | | | | 341(a) Meeting Date: | 05/16/2016 |
| For Period Ending: | 10/03/2017 | | | | Claims Bar Date: | 12/16/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 618 Cochise Drive Bolingbrook Il 60440-0000 Will | 203,051.00 | 0.00 | | 0.00 | FA |
| 2. 2005 Mitsubishi Endeavor Mileage: 180,000 2005 Mitsubishi En | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. 2002 Dodge Ram Mileage: 150.000 | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Misc. Clothing | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. 3 Dogs | 500.00 | 0.00 | | 0.00 | FA |
| 6. Savings Account With Pnc Bank | 46.00 | 0.00 | | 0.00 | FA |
| 7. Tcf Bank - Business Account | 5,101.17 | 0.00 | | 0.00 | FA |
| 8. Savings Account At Polish & Slavic Credit Union | 180.27 | 0.00 | | 0.00 | FA |
| 9. Tcf Bank - Business Account | 188.99 | 0.00 | | 0.00 | FA |
| 10. Dk Maintenance Service, Inc. | 0.00 | 8,000.00 | | 8,000.00 | FA |
| 11. Individual Retirement Account At Polish And Slavic Credit Un | 10,223.85 | 0.00 | | 0.00 | FA |
| 12. Misc. Household Goods And Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 13. Pacific Life Insurance | 1,573.31 | 0.00 | | 0.00 | FA |
| 14. Cleaning Equipment | 5,000.00 | 0.00 | | 0.00 | FA |
| 15. PNC Bank (Frozen Account from Judgment Lien) (u) | 836.63 | 0.00 | | 0.00 | FA |
| 16. Foresters (LIfe Insurance Policy) (u) | 3,448.24 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $236,649.46   $8,000.00   $8,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

The Trustee is investigating the Debtor's business.

Exhibit 8

| RE PROP # | 14 | -- | The Trustee considered this asset to be settled wtih the Debtor's settlement of her interest in the cleaning company |

Initial Projected Date of Final Report (TFR): 03/31/2017     Current Projected Date of Final Report (TFR): 03/31/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-13036  
Case Name: Danuta Koltas  
Taxpayer ID No: XX-XXX8605  
For Period Ending: 10/03/2017  

Trustee Name: Zane L. Zielinski, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX1577  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/01/17 | 10 | Danuta Koltas<br>TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527-6486 | Settlement Payment 1 of 5 | 1129-000 | $2,000.00 | | $2,000.00 |
| 02/28/17 | 10 | Danuta Koltas<br>TCF National Bank Check | Settlement Payment 2 of 5 | 1129-000 | $2,000.00 | | $4,000.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,990.00 |
| 04/03/17 | 10 | Danuta Koltas - Officail Check<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527-6486 | Settlement Payment 3 of 5 | 1129-000 | $1,000.00 | | $4,990.00 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,980.00 |
| 05/01/17 | 10 | Official Check<br>TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527 | Settlement Payment 4 of 5 | 1129-000 | $1,500.00 | | $6,480.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,470.00 |
| 06/05/17 | 10 | Koltas<br>TCF National Bank Official Check | Settlement Payment 5 OF 5 | 1129-000 | $1,500.00 | | $7,970.00 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,960.00 |
| 09/01/17 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,567.00 | $6,393.00 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.    ($1,550.00) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.    ($17.00) | 2200-000 | | | |

Page Subtotals: $8,000.00   $1,607.00

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 16-13036 | |
| Case Name: | Danuta Koltas | |
| | | Trustee Name: Zane L. Zielinski, Trustee |
| | | Bank Name: Associated Bank |
| | | Account Number/CD#: XXXXXX1577 |
| | | Checking |
| Taxpayer ID No: | XX-XXX8605 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: | 10/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/01/17 | 5002 | Midland Credit Management, Inc. As Agent For Asset Acceptance Llc Po Box 2036 Warren Mi 48090 | Final distribution to claim 1 representing a payment of 74.45 % per court order. | 7100-000 | | $5,600.44 | $792.56 |
| 09/01/17 | 5003 | Portfolio Recovery Associates, Llc Successor To Ge Capital Retail Bank (Wal-Mart) Pob 41067 Norfolk Va 23541 | Final distribution to claim 3 representing a payment of 74.45 % per court order. | 7100-000 | | $792.56 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $8,000.00 | $8,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,000.00 | $8,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,000.00 | $8,000.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1577 - Checking | $8,000.00 | $8,000.00 | $0.00 |
|  | $8,000.00 | $8,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,000.00 |
| Total Gross Receipts: | $8,000.00 |

Page Subtotals:　　　　　　　　　　　　　$0.00　　　$0.00